## Kungsgaten, Inc. *v.* Philadelphia, Appellant.

Argued May 26, 1966. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

reargument refused July 19, 1966.

210

*Levy Anderson,* First Deputy City Solicitor, with him *Edward G. Bauer, Jr.,* City Solicitor, for City of Philadelphia, appellant.

*Judah I. Labovitz,* with him *Morris Wolf, Joseph H. Lieberman,* and *Wolf, Block, Schorr and Solis-Cohen,* for appellee.

OPINION PER CURIAM, June 24, 1966:

This appeal arises out of an assessment of appellee, Kungsgaten, Inc., a Pennsylvania corporation, by the City of Philadelphia for amounts alleged to have been due under the Philadelphia Mercantile License Tax. Philadelphia Code 19-1003. The assessment was sustained by the Philadelphia Tax Review Board and Kungsgaten appealed to the Court of Common Pleas of Philadelphia County which reversed the board and set aside the assessment. On appeal, the Superior Court affirmed. *Kungsgaten, Inc. v. Philadelphia,* 206 Pa. Superior Ct. 343, 213 A. 2d 90 (1965). We allowed the petition of the City of Philadelphia for allocatur.

The essential facts are not in dispute and are set forth in the opinion of the Superior Court. We are of the view that the disposition of this appeal is controlled by our decisions in *Shelburne Sportswear, Inc. v. Philadelphia,* 422 Pa. 199, 220 A. 2d 798 (1966), decided today, and *Tax Review Board v. Brine,* 414 Pa. 488, 200 A. 2d 883 (1964). Under those decisions, the

tax was properly imposed and the court of common pleas erred in setting aside the assessment. Accordingly, its decision may not be permitted to stand.

The order of the Superior Court is reversed.